## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILONA TOOTH and NATHANIEL TOOTH, h/w, | |
| | Civil Action No.  7:17-cv-02124-VB |
| Plaintiffs, | |
| v. | |
| THOMAS A. PISERCHIA, MD; THOMAS A. PISERCHIA, MD., FAANOS, PC; BON SECOURS CHARITY HEALTH SYSTEM (A MEMBER OF THE WESTCHESTER MEDICAL CENTER HEALTH NETWORK); BON SECOURS HEALTH SYSTEM, INC. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/18/20 |
| Defendants. | |

### ORDER

IT IS HEREBY ORDERED that the stay issued on October 17, 2017 in this matter is hereby ~~lifted~~ vacated and the case is restored to the active docket;

~~The parties are to submit a proposed Scheduling Order in this matter within ten (10) days of this Order.~~

Discovery deadlines set forth in the Revised Civil Case Discovery Plan and Scheduling Order, which will be separately docketed.

HON. VINCENT L. BRICCETTI
United States District Court Judge

Date: 2/14/20

217860899v1