UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ILONA TOOTH, *et al.*,

                    Plaintiffs,                    **ORDER**

      -against-                              17 Civ. 2124 (PMH)(JCM)

THOMAS A. PISERCHIA, M.D., *et al.*,

                    Defendants.
---------------------------------------------------------X

    On January 20, 2021, the Court directed the parties to write to the Court by February 10, 2021 regarding whether they would like schedule another settlement conference. To date, the Court has not received such a letter. Accordingly, the parties are directed to file a letter by no later than February 26, 2021 stating whether another settlement conference is necessary.

Dated:    February 24, 2021
            White Plains, New York

                                                  **SO ORDERED:**

                                                  */s/ Judith C. McCarthy*
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge