

# STEINBERG

Jonathan E. Symer
jsymer@sspp-law.com

> Application granted. The conference currently scheduled for August 31, 2021 at 11:00 a.m. is adjourned to September 1, 2021 at 2:00 p.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 114.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 30, 2021

The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Attn: Hon. Philip M. Halpern

RE: Tooth v. Bon Secours Charity Health System, Inc., et al.
Civil Action No.: 17-cv-02124
Our File No. 3638

Dear Judge Halpern:

This letter motion respectfully is submitted to request a brief adjournment of the conference presently scheduled for 11:00 a.m. on August 31, 2021. My offices represents defendant, Bon Secours Community Hospital. I have a funeral scheduled for 10:00 a.m. on that date for a close friend and associate's wife. I have conferred with the attorneys for plaintiffs and co-defendant who have graciously agreed to the adjournment.

Thus, it is respectfully requested that the conference, if acceptable for the Court, is conducted after 2:00 p.m. on that date. Alternatively, all parties are available on September 1, 2021 or after 11:00 a.m. on September 2, 2021.

Thank you for your consideration.

Respectfully submitted,

The Law Offices of
STEINBERG, SYMER & PLATT, LLP

JONATHAN E. SYMER

JES/ccb
cc    Archer & Greiner, P.C.
        Regenbaum Arciero McMillan & Burgess, P.C.

2021 0827 misc

---