> Application granted. The parties shall file a letter by April 1, 2022 advising the Court regarding the outcome of the settlement conference with Magistrate Judge McCarthy on March 31, 2022. In the event the parties do not reach a settlement at the March 31, 2022 conference, the parties shall (1) file a proposed joint pretrial order by April 11, 2022 in accordance with the Court's Individual Practices Rule 6.A.; and (2) file their remaining pretrial materials by May 11, 2022 in accordance with the Court's Individual Practices Rule 6.B.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 126.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         March 11, 2022

Jonat...
jsym...

The
Fede...
300 ...
Whit...

Attn...

                            RE:    Tooth v. Bon Secours Charity Health System, Inc., et al.
                                      Civil Action No.: 7:17-cv-02124-PMH
                                      Our File No.    3638

Dear Judge Halpern:

        This letter motion respectfully is offered to seek an adjournment of the date by which the parties are to file their proposed joint pretrial order. As the Court is aware, the conference with your Honor has been adjourned by the Court to April 26, 2022. This request is submitted on behalf of all parties.

        The instant request is predicated on the continued efforts by the parties to address a settlement of this action. A settlement conference was conducted by Magistrate Judge McCarthy with all parties on March 10, 2022 with progress to a resolution occurring. At the conclusion of the conference, Magistrate Judge McCarthy scheduled a further conference for March 31, 2022.

        Based on the foregoing, it respectfully is requested the date of filing is rescheduled to April 11, 2022. This adjournment will permit the parties to continue the substantive settlement discussions as scheduled and if needed, meaningfully produce the proposed joint pretrial order. One of the impetuses for settlement by the principals is the avoidance of attorneys fees. The request also facilitates submission of the joint pretrial proposal in advance of the conference with Your Honor.

        Thank you for your consideration.

                                                      Respectfully submitted,

                                                      The Law Offices of
                                                      STEINBERG, SYMER & PLATT, LLP

                                                      JONATHAN E. SYMER

JES/ccb
cc     Archer & Greiner, P.C.
        Regenbaum Arciero McMillan & Burgess, P.C.

2022 0310 misc

---