UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ILONA TOOTH,

                Plaintiff,

v.

                                                    ORDER

THOMAS A. PISERCHIA, MD, *et al.*,

                                                    17-cv-02124-PMH

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: New York, New York
         April 26, 2022

                                                                         _____
                                                                           Philip M. Halpern
                                                                           United States District Judge